**FILED**

MAY 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILADELPHIA INDEMNITY INSURANCE     *
COMPANY, et al.

    Plaintiffs

v.

PERMANENT SOLUTION INDUSTRIES,
INC., et al.

    Defendants

CASE NUMBER: 1:05CV1005

JUDGE: ROYCE L. LAMBERTH

DECK TYPE: CONTRACT

DATE STAMP: 05/18/05

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CORPORATE DISCLOSURE CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs Philadelphia Indemnity Insurance Company and The Chimes, Inc., certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Philadelphia Indemnity Insurance Company, which have any outstanding securities in the hands of the public: Philadelphia Consolidated Holding Corp.; Maguire Insurance Agency, Inc.; Philadelphia Insurance Company; and Liberty American Insurance Group.

I further certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of The Chimes, Inc.: Chimes International, Limited; Intervals Residential Services, Inc.; Chimes Metro, Inc., dba Chimes Delaware; Chimes Virginia, Inc.; Chimes District of Columbia, Inc.; Holcomb Associates, Inc.; Chimes Pennsylvania, Inc.; Developmental Services of New Jersey, Inc.; Chimes Foundation, Incorporated; Chimes Israel; Open Door, Inc.; and Family Services Association, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

_____
Shirlie Norris Lake, Esquire, Bar No.: 454327
Terri L. Goldberg, Esquire, Bar No.: MD09698
Eccleston & Wolf, P.C.
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
(410) 752-7474