**ORIGINAL**

| | | |
|---|---|---|
| **PHILADELPHIA INSURANCE INDEMNITY COMPANY, ET AL** | * | IN THE |
| PLAINTIFF(S) | * | UNITED STATES DISTRICT COURT |
| -VS- SIEMENS BUILDING TECHNOLOGIES, INC. | * | FOR |
| | * | THE DISTRICT OF COLUMBIA |
| DEFENDANTS(S) | * | CASE NUMBER: 1:05CV1005 RCL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT ATTESTING TO SERVICE

I, Edward L. Jackson, being duly sworn do depose and say:

1. That I am a competent private person over 18 years of age and not a party to the above-entitled action.

2. That on June 6, 2005 at about 10:05 A.M., I personally served, Siemens Building Technologies, Inc., CT Corporation System., Resident Agent, Anthony Serrette, Fulfillment Specialist, M/AA/5'8"/180 lbs./Bald headed Brown eyes/35-45 years of age, at CT Corporation, 1015 15th Street, NW #1000, Washington, DC 20005, the Summons In A Civil Case, Cover Letter, Return Of Service, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Amended Complaint, Demand For Jury Trial, Complaint, Demand For Jury Trial, Civil Cover Sheet, Corporate Disclosure Certificate Under LCvR 7.1.

Edward L. Jackson
ED'S PRIVATE PROCESS SERVICE, INC.
1740 Ellinwood Road
Baltimore, Maryland 21237
410-325-6506

SWORN AND SUBSCRIBED BEFORE ME UNDER THE PENALTIES OF PERJURY, A NOTARY PUBLIC FOR THE STATE OF MARYLAND, THIS 6th DAY OF JUNE, 2005. MY COMMISSION EXPIRES 1/29 2005

# UNITED STATES DISTRICT COURT
## District of Columbia

PHILADELPHIA INSURANCE INDEMNITY
CO., et al.

**SUMMONS IN A CIVIL CASE**

V.

PERMANENT SOLUTION INDUSTRIES,
INC., et al.

CASE NUMBER: 1:05CV1005

C  JUDGE: ROYCE L. LAMBERTH

DECK TYPE: CONTRACT

DATE STAMP: 05/18/05

TO: (Name and address of Defendant)

Permanent Solution Industries, Inc.
5400 Eisenhower Avenue
Alexandria, VA 22304
Serve: Byong Y. Kim, President, Resident Agent
5400 Eisenhower Avenue,
Alexandria, VA 22304

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shirlie Norris Lake, Esquire
Bar No.: 454327
Eccleston & Wolf, 7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Md. 21202
410-752-7474

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 18 2005

CLERK                                     DATE

_____
(By) DEPUTY CLERK

JC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

ice of the Summons and complaint was made by me(1)    **DATE** JUNE 6, 2005    10:05 A.M.

**NAME OF SERVER (PRINT)** EDWARD L. JACKSON    **TITLE** PRIVATE PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1015 15TH STREET, N.W., WASHINGTON, D.C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): LEFT COPIES WITH DEFENDANT'S RESIDENT AGENT, CT CORPORATION SYSTEM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $69.00 | TOTAL $69.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 6, 2005    *Signature of Server* Edward L. Jackson

ED'S PRIVATE PROCESS SVC.
1740 ELLINWOOD ROAD
BALTIMORE, MD. 21237
(410) 325-6506

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.