**ORIGINAL**

| | | |
|---|---|---|
| PHILADELPHIA INSURANCE INDEMNITY COMPANY, ET AL | * | IN THE |
| PLAINTIFF(S) | * | UNITED STATES DISTRICT COURT |
| -VS- PERMANENT SOLUTION INDUSTRIES, INC., ET AL | * | FOR |
| | * | THE DISTRICT OF COLUMBIA |
| DEFENDANTS(S) | * | CASE NUMBER: 1:05CV1005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT ATTESTING TO SERVICE

I, Edward L. Jackson, being duly sworn do depose and say:

1. That I am a competent private person over 18 years of age and not a party to the above-entitled action.

2. That on June 13, 2005 at about 1:45 P.M., I personally served, Permanent Solution Industries, Inc., Mr. Byong Kim, President, M/Asian/5'85"/165-175 lbs./Brown hair/Brown eyes/50-60 years of age, at Permanent Solution Industries, Inc., 5400 Eisenhower Avenue, Alexandria, Virginia, the Summons In A Civil Case, Cover Letter, Return Of Service, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Amended Complaint, Demand For Jury Trial, Complaint, Demand For Jury Trial, Civil Cover Sheet, Corporate Disclosure Certificate Under LCvR 7.1.

Edward L. Jackson
ED'S PRIVATE PROCESS SERVICE, INC.
1740 Ellinwood Road
Baltimore, Maryland 21237
410-325-6506

SWORN AND SUBSCRIBED BEFORE ME UNDER THE PENALTIES OF PERJURY, A NOTARY PUBLIC FOR THE STATE OF MARYLAND, THIS 14th DAY OF JUNE, 2005. MY COMMISSION EXPIRES 1/29 2008.

NOTARY PUBLIC

# UNITED STATES DISTRICT COURT
## District of Columbia

PHILADELPHIA INSURANCE INDEMNITY
CO., et al.

**SUMMONS IN A CIVIL CASE**

V.

PERMANENT SOLUTION INDUSTRIES,
INC., et al.

CASE NUMBER: 1:05CV1005

C  JUDGE: ROYCE L. LAMBERTH

DECK TYPE: CONTRACT

DATE STAMP: 05/18/05

TO: (Name and address of Defendant)

Permanent Solution Industries, Inc.
5400 Eisenhower Avenue
Alexandria, VA  22304
Serve:  Byong Y. Kim, President, Resident Agent
5400 Eisenhower Avenue,
Alexandria, VA  22304

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shirlie Norris Lake, Esquire
Bar No.: 454327
Eccleston & Wolf, 7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Md.  21202
410-752-7474

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            MAY 18 2005

CLERK                                                        DATE

_(signature)_
(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  
DATE: June 13, 2005 @ 1:45 P.M.

NAME OF SERVER *(PRINT)*: EDWARD L. JACKSON  
TITLE: PRIVATE PROCESS SERVER

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served: 5400 EISENHOWER AVENUE, #2, ALEXANDRIA, VIRGINIA

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): LEFT COPIES @ PRESIDENT OF CORPORATION AT CORPORATE OFFICES, 5400 EISENHOWER AVENUE, ALEXANDRIA, VIRGINIA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 13, 2005  
Signature of Server: *[signed] Edward L. Jackson*

ED'S PRIVATE PROCESS SVC.  
1740 ELLINWOOD ROAD  
BALTIMORE, MD. 21237  
(410) 325-6506  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.