IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURACE COMPANY, et. al : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> PERMANENT SOLUTION INDUSTRIES, INC., et al. : <br> : <br> Defendants : | Case No. 1:05CV01005 <br> Judge Royce C. Lamberth |

## ANSWER

COMES NOW the defendant, PERMANENT SOLUTION INDUSTRIES, INC., by and through its attorneys, O'Connell, O'Connell & Sarsfield, and for its Answer to the Amended Complaint filed herein against it states as follows:

### FIRST DEFENSE

The Amended Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

The defendant denies all allegations and claims for breach of contract, negligence, and indemnification alleged against it in the Amended Complaint and is without knowledge or information sufficient to form a belief as to the remaining allegations.

WHEREFORE, all allegations not specifically admitted are hereby specifically denied.

### THIRD DEFENSE

The defendant affirmatively raises the defenses of accord and satisfaction, release, payment, setoff, laches, and estoppel.

### FOURTH DEFENSE

The defendant did not breach any contract with the plaintiffs' as alleged.

### FIFTH DEFENSE

The defendant affirmatively raises the defense of assumption of risk.

## SIXTH DEFENSE

The defendant affirmatively raises the defense of contributory negligence.

## SEVENTH DEFENSE

Plaintiffs' damages, if any, result from the actions, inactions and/or negligence of the other parties or a third person or entity not party to this lawsuit.

## EIGHTH DEFENSE

The defendant affirmatively raises as a defense the applicable statute of limitations.

## NINTH DEFENSE

Plaintiffs failed to mitigate damages.

## TENTH DEFENSE

The jurisdiction of this Court is denied in that diversity does not exist and the amount in controversy does not exceed $75,000, exclusive of interest and costs.

## ELEVENTH DEFENSE

Plaintiffs are not entitled to the relief sought.

## TWELFTH DEFENSE

Plaintiffs are not entitled to indemnification.

## THIRTEENTH DEFENSE

The defendant denies each and every allegation in the Amended Complaint which is not otherwise specifically admitted herein.  Specifically, the defendant denies all allegations in paragraphs 1-58 of the Amended Complaint.

## FOURTEENTH DEFENSE

The defendant reserves the right to amend its Answer to add additional affirmative defenses as information becomes known through the course of litigation.

WHEREFORE, having fully Answered, the defendant prays that the Amended Complaint be dismissed with costs and appropriate fees awarded.

        Respectfully submitted,

        O'CONNELL, O'CONNELL & SARSFIELD

        ____/s/_____
        Terence J. O'Connell   367054
        401 East Jefferson Street, Suite 204
        Rockville, Maryland  20850
        (301)  424-2300
        Attorney for Permanent Solution Industries, Inc.

## JURY DEMAND

The defendant demands a trial by jury as to all issues.

        _____/s/_____
        Terence J. O'Connell

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Answer was mailed, first-class, postage prepaid this 6th day of July, 2005 to Shirlie Norris Lake, Esq. and Terri L. Goldberg, Esq., Eccleston & Wolf, P.C., 7th Floor, Scarlett Place, 729 East Pratt Street, Baltimore, Maryland 21202-4460 and Walter L. Williams, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 8444 Westpark Drive, Suite 510, McLean, Virginia 22102.

        _____/s/_____
        Terence J. O'Connell