IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILADELPHIA INDEMNITY INSURACE COMPANY, et. al :
:
:
    Plaintiffs :
:
v. :  Case No. 1:05CV01005
:  Judge Royce C. Lamberth
PERMANENT SOLUTION INDUSTRIES, INC., et al. :
:
    Defendants :

## ANSWER TO CROSS-CLAIM

COMES NOW the defendant/cross-defendant, PERMANENT SOLUTION INDUSTRIES, INC., by and through its attorneys, O'Connell, O'Connell & Sarsfield, and for its Answer to the Cross-Claim filed by Siemens Building Technologies, Inc. filed herein against it states as follows:

### FIRST DEFENSE

The Cross-Claim fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

All material allegations in the Cross-Claim are denied.

### THIRD DEFENSE

The defendant/cross-defendant did not contract as alleged and denies all allegations and claims for breach of contract, indemnification and contribution.

### FOURTH DEFENSE

The defendant/cross-defendant denies all allegations of negligence.

### FIFTH DEFENSE

The defendant/cross-claimant is not entitled to the relief sought.

### SIXTH DEFENSE

The defendant/cross-claimant was not injured and damaged as alleged.

### SEVENTH DEFENSE

The defendant/cross-claimant failed to mitigate damages.

### EIGHTH DEFENSE

The defendant/cross-defendant affirmatively raises the defenses of accord and satisfaction, release, payment, set off, laches, contributory negligence, assumption of risk and estoppel.

### NINTH DEFENSE

The defendant/cross-defendant incorporates herein by reference all defenses raised in its Answer to the Amended Complaint.

### TENTH DEFENSE

The defendant/cross-claimant is not entitled to contribution or indemnification.

### ELEVENTH DEFENSE

The defendant/cross-defendant denies each and every allegation in the Cross-Claim that is not otherwise specifically admitted herein. Specifically, the defendant/cross-defendant denies all allegations in paragraphs 1-9 of the Cross-Claim.

### TWELFTH DEFENSE

The defendant/cross-defendant reserves the right to amend its Answer to the Cross-Claim and add additional affirmative defenses as additional information becomes known through the course of litigation.

WHEREFORE, having fully Answered, the defendant/cross-defendant prays that the Cross-Claim be dismissed with costs and appropriate fees awarded.

Respectfully submitted,

O'CONNELL, O'CONNELL & SARSFIELD

\_\_\_\_/s/_____
Terence J. O'Connell   367054
401 East Jefferson Street, Suite 204
Rockville, Maryland  20850
(301)  424-2300
Attorney for Permanent Solution Industries, Inc.

## JURY DEMAND

The defendant/cross-defendant demands a trial by jury as to all issues.

_____/s/_____
Terence J. O'Connell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer was mailed, first-class, postage prepaid this 6th day of July, 2005 to Shirlie Norris Lake, Esq. and Terri L. Goldberg, Esq., Eccleston & Wolf, P.C., 7th Floor, Scarlett Place, 729 East Pratt Street, Baltimore, Maryland 21202-4460 and Walter L. Williams, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 8444 Westpark Drive, Suite 510, McLean, Virginia 22102.

_____/s/_____
Terence J. O'Connell