IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURACE COMPANY, et. al | : <br> : <br> : |
| Plaintiffs | : <br> : |
| v. | : Case No. 1:05CV01005 <br> : Judge Royce C. Lamberth |
| PERMANENT SOLUTION INDUSTRIES, INC., et al. | : <br> : |
| Defendants | : |

## **CROSS-CLAIM**

COMES NOW the defendant/cross-claimant, PERMANENT SOLUTION INDUSTRIES, INC. (hereinafter "PSI"),  by and through its attorneys, O'Connell, O'Connell & Sarsfield, and asserts this Cross-Claim against the defendant/cross-defendant, Siemens Building Technologies, Inc. (hereinafter "SBT"), and for its cause of action states as follows:

1. Plaintiffs allege that the defendants are liable for property damages caused by a building flood that occurred within the Interstate Commercial Commision complex in Washington, D.C. on or about May 20, 2002.

2. The defendant/cross-claimant PSI denies all allegations asserted against it in the Amended Complaint and alleges that the plaintiffs' damages, if any, resulted from the actions, inactions, negligence, breach of contract, strict liability, and/or breach of warranty of defendant/cross-defendant SBT.

3. If the plaintiffs are successful in obtaining a judgment against PSI, then, in that event, PSI is entitled to contribution and/or indemnity from SBT under theories of negligence, breach of contract, strict liability and/or breach of warranty.  Moreover, the actions, inactions and/or negligence of SBT were active and primary while the actions, inactions and/or negligence, if any, of

PSI were passive and secondary, and SBT was solely or concurrently negligent and the negligence of SBT proximately caused the plaintiffs' injuries and damages.

WHEREFORE, the defendant/cross-claimant Permanent Solution Industries, Inc., demands judgment in the form of contribution and/or indemnity from the defendant/cross-defendant Siemens Building Technologies, Inc.

Respectfully submitted,

O'CONNELL, O'CONNELL & SARSFIELD


\_\_/s/_____
Terence J. O'Connell
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850
(301) 424-2300
Attorney for Permanent Solution Industries, Inc.

## JURY DEMAND

The defendant/cross-claimant demands a trial by jury as to all issues.

\_\_/s/_____
Terence J. O'Connell

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Cross-Claim was mailed, first-class, postage prepaid this 6th day of July, 2005 to Shirlie Norris Lake, Esq. and Terri L. Goldberg, Esq., Eccleston & Wolf, P.C., 7th Floor, Scarlett Place, 729 East Pratt Street, Baltimore, Maryland 21202-4460 and Walter L. Williams, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 8444 Westpark Drive, Suite 510, McLean, Virginia 22102.

                                                                      _____/s/_____
                                                                      Terence J. O'Connell