IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILADELPHIA INDEMNITY INSURANCE     *
COMPANY, *et al.*
                                      *
    Plaintiffs
v.                                    *     Civil Action No.:  05-CV-1005

PERMANENT SOLUTION INDUSTRIES,        *     JUDGE LAMBERTH
INC., *et al.*
                                      *
    Defendants
                                      *
*   *   *   *   *   *   *   *   *   *   *   *

### NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCES

In accordance with Local Rule 83.6(a), Timothy M. Monohan, Esquire, and Offit, Kurman, Yumkas & Denick, P.A., hereby enter their appearance on behalf of Plaintiffs the Chimes, Inc., and the Chimes, D.C., Inc. Mr. Monohan's and the firm's address, telephone number and bar identification number are as follows:

> Timothy M. Monohan, Esquire
> Offit, Kurman, Yumkas & Denick, P.A.
> 8 Park Center Court, Suite 200
> Owings Mills, MD 21117
> Tel. No.: (443) 738-1500
> Bar. I.D. No.: 451831

In accordance with Local Rule 83.6(b), Shirlie Norris Lake, Esquire, Terri L. Goldberg, Esquire, and Eccleston & Wolf, P.C., hereby withdraw their appearances on behalf of Plaintiffs the Chimes, Inc., and the Chimes, D.C., Inc. Shirlie Norris Lake, Esquire, Terri L. Goldberg, and Eccleston & Wolf, P.C., will continue their appearance as counsel of record on behalf of Plaintiff Philadelphia Indemnity Insurance Company.

In accordance with Local Rule 83.6(b), no trial date has been set in the captioned case and this filing is being signed by the represented parties, the Chimes, Inc., and the Chimes, D.C., Inc.

Respectfully submitted,

_____
Shirlie Norris Lake, Esquire, Bar No.: 454327
Terri L. Goldberg, Esquire, Bar No.: MD09698
Eccleston & Wolf, P.C.
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
(410) 752-7474


_____
Timothy M. Monohan, Esquire
Bar No.: 451831
Offit, Kurman, Yumkas & Denick, P.A.
8 Park Center Court, Suite 200
Owings Mills, Md 21117
(443) 738-1500


_____
The Chimes Inc.
The Chimes, D.C., Inc.
By: Martin Lampner, Officer and Director