IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILADELPHIA INSURANCE INDEMNITY CO.,** *et al* | ) ) ) ) |
| **Plaintiffs,** | ) ) ) Case No. 1:05-CV1005 |
| v. | ) ) JUDGE LAMBERTH |
| **PERMANENT SOLUTION INDUSTRIES, INC.,** *et al.* | ) ) ) ) |
| **Defendants.** | ) ) |

### DEFENDANT SIEMENS BUILDING TECHNOLOGIES, INC.'S ANSWER TO PERMANENT SOLUTION INDUSTRIES, INC.'S CROSS-CLAIM

Defendant Siemens Building Technologies, Inc. (hereinafter "SBT"), by and through undersigned counsel, as and for its Answer to the Cross-Claim file by Defendant/Cross-Claimant Permanent Solution Industries, Inc., ("PSI"), states the following upon information and belief:

### FIRST DEFENSE

SBT adopts and incorporates the affirmative defenses set forth in its Answer to plaintiff's Amended Complaint.

### SECOND DEFENSE

PSI's Cross-Claim fails to state claims upon which relief may be granted.

### THIRD DEFENSE

PSI's claims, if any, are or may be barred of the doctrines of Release, Waiver, Estoppel, Accord and Satisfaction, and/or Latches.

### FOURTH DEFENSE

PSI has failed to mitigate its damages, if any.

32342.1

- 2 -

**FIFTH DEFENSE**

SBT denies any and all allegations of negligence in PSI's Cross-Claim or plaintiff's Amended Complaint.

**SIXTH DEFENSE**

SBT is, or may be, entitled to a set-off of any damages allegedly incurred by PSI.

**SEVENTH DEFENSE**

If PSI incurs damages as alleged, such damages are the result of PSI's own active and contributory negligence, with no negligence on the part of SBT.

**EIGHTH DEFENSE**

If PSI incurs damages as alleged, such damages are not caused or proximately caused by any acts and/or omissions of SBT, its agents, or its employees.

**NINTH DEFENSE**

If PSI incurs damages as alleged, such damages are the result of superseding and/or intervening acts and/or omissions of a person or persons over whom SBT had no control.

**TENTH DEFENSE**

PSI is not entitled to indemnification or contribution.

**ELEVENTH DEFENSE**

PSI is, or may be, contractually barred from maintaining this Cross-Claim against SBT.

**TWELFTH DEFENSE**

SBT reserves the right to supplement this Answer, including affirmative defenses, should additional information be discovered during this litigation.

32342.1

- 3 -

**THIRTEENTH DEFENSE**

Answering separately, and in correspondingly numbered paragraphs, the allegations set forth in PSI's Cross-Claim, SBT states as follows:

1. SBT admits that plaintiff is seeking to recover damages based on flooding/water damage event that occurred within the Interstate Commercial Commission complex in Washington D.C. on our about May 20, 2002. To the extent that this paragraph contains additional allegations, they are denied.

2. Denied.

3. Denied.

All allegations not specifically admitted are hereby denied.

**WHEREFORE**, SBT denies that PSI is entitled to recover against SBT in any way, denies all allegations of negligence or wrongdoing, and prays that PSI's Cross-Claim be dismissed, with prejudice, and that PSI be awarded all other relief that this court deems appropriate.

Dated: July 25, 2005

                              Respectfully submitted,

                              WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP

By: _____
      Walter L. Williams
      8444 Westpark Drive, Suite 510
      McLean, Virginia 22102
      (703) 245-9300 Telephone
      (703) 245-9301 Facsimile

32342.1

- 4 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and exact copy of the foregoing Defendant Siemens Building Technologies, Inc.'s Answer To Permanent Solution Industries, Inc.'s Cross-Claim was mailed, postage prepaid, this 25th day of July 2005, to:

    Shirlie Norris Lake, Esquire
    Terri L. Goldberg, Esquire
    Eccleston & Wolf, P.C.
    7th Floor, Scarlett Place
    729 E. Pratt Street
    Baltimore, Maryland 21202-4460

    Timothy M. Monahan, Esquire
    Offit, Kurman, Yumkas & Denick, P.A.
    8 Park Center Court, Suite 200
    Owings Mills, MD 21117

    Terrence J. O'Connell, Esquire
    O'Connell, O'Connell & Sarsfield
    401 East Jefferson Street, Suite 204
    Rockville, Maryland 20850

                                          _____
                                          Walter L. Williams

32342.1