IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Philadelphia Indemnity Insurance Co., et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 05-CV-1005 |
| Permanent Solutions Industries, Inc., et al. | * | Judge Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### Notice of Entry of Appearance

In accordance with Local Rule 83.6(a), Timothy C. Lynch, Esquire hereby enters his appearance on behalf of Plaintiffs, "The Chimes, Inc." and "The Chimes, D.C., Inc." in the above referenced case.

Respectfully submitted:

_____
Timothy C. Lynch, Bar No: 461651
Offit Kurman P.A.
8 Park Center Court, Suite 200
Owings Mills, Md 21117
*Attorney for The Chimes, Inc., and The Chimes District of Columbia, Inc.*