UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **PHILADELPHIA INSURANCE INDEMNITY CO., <u>et al</u>.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1005 (RCL) |
| **PERMANENT SOLUTIONS INDUSTRIES INC., <u>et. al</u>.,** | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Defendant Siemens Building Technologies, Inc., has filed an answer. All defendants having now answered, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiffs and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 19, 2005.