IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, *et al.* | * | |
| | * | |
| Plaintiffs | | |
| v. | * | Civil Action No.:  05-CV-1005 |
| PERMANENT SOLUTION INDUSTRIES, INC., *et al.* | * | JUDGE LAMBERTH |
| | * | |
| Defendants | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING CONSENT MOTION
FOR EXTENSION OF TIME TO FILE DISCOVERY CONFERENCE REPORT**

Upon consideration of the foregoing Consent Motion for Extension of Time to File Discovery Conference Report, it is, on this _____ day of _____, 2005, by the undersigned Judge of the United States District Court for the District of Columbia, hereby:

ORDERED that the Consent Motion is GRANTED and that the time for filing the Discovery Conference Report in the captioned case is extended until September 30, 2005.

_____
Judge Royce Lamberth

Please send copies to:

Shirlie Norris Lake, Esquire
Terri L. Goldberg, Esquire
Eccleston & Wolf, P.C.
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
(410) 752-7474
*Attorneys for Plaintiff Philadelphia Indemnity Insurance Co.*

Timothy Lynch, Esquire
Offit, Kurman, Yumkas & Denick, P.A.
8 Park Center Court, Suite 200
Owings Mills, MD  21117
*Attorneys for Plaintiffs The Chimes and The Chimes District of Columbia*

Terence J. O'Connell, Esquire
Natalie Johnson-Noon, Esquire
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD  20850
*Attorneys for Defendant Permanent Solution Industries, Inc.*

Walter Williams, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia  22102
*Attorneys for Defendant Siemens Building Technologies, Inc.*