UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILADELPHIA INSURANCE INDEMNITY CO., et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1005 (RCL) |
| ) | |
| **PERMANENT SOLUTIONS INDUSTRIES INC., et. al.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the foregoing Consent Motion [14] for Extension of Time to File Discovery Conference Report, it is hereby

ORDERED that the Consent Motion [14] is GRANTED and that the time for filing the Discovery Conference Report in the captioned case is extended until September 30, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 23, 2005.