IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, *et al.* | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 05-CV-1005 |
| PERMANENT SOLUTION INDUSTRIES, INC., *et al.* | * | JUDGE LAMBERTH |
| | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Shirlie Norris Lake, Esquire, as counsel for Plaintiff Philadelphia Indemnity Insurance Company, in accordance with Local Rule 83.6. Terri L. Goldberg, Esquire, and Eccleston and Wolf, P.C., will continue as counsel for Plaintiff Philadelphia Indemnity Insurance Company.

Respectfully submitted,

*/s/ Shirlie Norris Lake*
Shirlie Norris Lake, Esquire, Bar No.: 454327
Terri L. Goldberg, Esquire, Bar No.: MD09698
Eccleston & Wolf, P.C.
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
(410) 752-7474
*Attorneys for Plaintiff Philadelphia Indemnity Insurance, Co.*

J:\40244\PLEAD\ENTERAPP.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 30TH day of Aug., 2005 a copy of the foregoing was served electronically on counsel of record, as follows:

Timothy Lynch, Esquire
Offit, Kurman, Yumkas & Denick, P.A.
8 Park Center Court, Suite 200
Owings Mills, MD 21117
*Attorneys for Plaintiffs The Chimes
and The Chimes District of Columbia*

Terence J. O'Connell, Esquire
Nathalie Johnson-Noon, Esquire
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD 20850
*Attorneys for Defendant
Permanent Solution Industries, Inc.*

Walter Williams, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
*Attorneys for Defendant Siemens
Building Technologies, Inc.*

_____
Terri L. Goldberg