IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILADELPHIA INDEMNITY INSURANCE  \*
COMPANY, *et al.*
                        \*

  Plaintiffs
v.                      \*  Civil Action No.: 05-CV-1005

PERMANENT SOLUTION INDUSTRIES, \*  JUDGE LAMBERTH
INC., *et al.*
                        \*

  Defendants
                        \*
\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

By Order of the Court and agreement of the parties, the following deadlines and dates are ordered in the captioned case:

| | |
|---|---|
| Deadline for serving written discovery: | March 31, 2006 |
| Deadline for completing fact (non-expert) discovery: | April 30, 2006 |
| Deadline to serve the Plaintiffs' expert witness disclosures per Rule 26(a)(2): | May 30, 2006 |
| Deadline to serve the Defendants' and Cross-Plaintiffs' expert witness disclosures per Rule 26(a)(2): | June 30, 2006 |
| Deadline to serve the Plaintiffs' and Cross-Defendants' rebuttal expert witness disclosures per Rule 26(a)(2): | July 30, 2006 |
| Deadline to complete Alternative Dispute Resolution: | September 15, 2006 |
| Deadline to join other parties and amend pleadings: | October 15, 2006 |
| Deadline for completing expert discovery: | November 15, 2006 |
| Deadline for filing dispositive motions: | December 15, 2006 |
| Deadline for filing Responses in opposition to dispositive motions: | January 15, 2007 |

| | |
|---|---|
| Deadline for filing Replies to Oppositions to dispositive motions: | January 30, 2007 |
| Pre-Trial Conference: | March _____, 2007 |

The trial date will be set at the Pre-Trial Conference for a date between 30 to 60 days after the Pre-Trial Conference.

_____
Judge Royce Lamberth

Please send copies to:

Shirlie Norris Lake, Esquire, Bar No.: 454327
Terri L. Goldberg, Esquire, Bar No.:  MD09698
Eccleston & Wolf, P.C.
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
*Attorneys for Plaintiff Philadelphia Indemnity Insurance Co.*

Timothy Lynch, Esquire
Offit, Kurman, Yumkas & Denick, P.A.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, Maryland  20759
*Attorneys for Plaintiff Chimes, The Chimes District of Columbia*

Terence J. O'Connell, Esquire
Nathalie I. Johnson-Noon, Esquire
O'Connell, O'Connell & Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD  20850
*Attorneys for Defendant Permanent Solution Industries, Inc.*

Walter Williams, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, VA  22102
*Attorneys for Defendant Siemens Building Technologies*