UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1005 (RCL) |
| **PERMANENT SOLUTION INDUSTRIES, INC.,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

Upon consideration of the parties' Discovery Conference Report [17] filed on September 27, 2005 and the representations of counsel, it is hereby

ORDERED that the following schedule shall be set in the above-captioned case:

1. Deadline for serving written discovery: March 31, 2006.
2. Deadline for completing fact (non-expert) discovery: April 30, 2006.
3. Deadline to serve the Plaintiffs' expert witness disclosures per Rule 26(a)(2): May 30, 2006.
4. Deadline to serve the Defendants' and Cross-Plaintiffs' expert witness disclosures per Rule 26(a)(2): June 30, 2006.
5. Deadline to serve the Plaintiffs' and Cross-Defendants' rebuttal expert witness disclosures per Rule 26(a)(2): July 30, 2006.
6. Deadline to complete Alternative Dispute Resolution: September 15, 2006.
7. Deadline to join other parties and amend pleadings: October 15, 2006.
8. Deadline for completing expert discovery: November 15, 2006.
9. Deadline for filing dispositive motions: December 15, 2006.
10. Deadline for filing Responses in opposition to dispositive motions: January 15, 2007
11. Deadline for filing Replies to Oppositions to dispositive motions: January 30, 2007.

12. The Pre-Trial and Trial dates will be set at a status conference scheduled after disposition of any dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 28, 2005.