UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1005 (RCL) |
| PERMANENT SOLUTION INDUSTRIES, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of the Parties' Discovery Conference Report [17], and in accordance with LCvR 84.4(a)(1), it is hereby

ORDERED that this case is referred to the Circuit Executive's Office for mediation; it is further

ORDERED that:

1. Mediation shall commence July 15, 2006.
2. Mediation shall be concluded within sixty (60) days after commencement thereof, by September 15, 2006.
3. The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator.
4. Counsel and parties, including persons with settlement authority, shall attend the mediation.
5. If the case settles in whole or in part, plaintiffs' counsel shall advise the Court by filing a stipulation.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 28, 2005.