IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILADELPHIA INSURANCE INDEMNITY CO., *et al* <br><br> Plaintiffs, <br><br> v. <br><br> SIEMENS BUILDING TECHNOLOGIES, INC., *et al.* <br><br> Defendants. | Case No. 1:05-CV1005 <br><br> JUDGE LAMBERTH |

## CORPORATE AND FINANCIAL INTEREST DISCLOSURE STATEMENT

Certificate required by the LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Siemens Building Technologies, Inc., certify that to the best of my knowledge and belief, the following is a parent company, subsidiary or affiliate of Siemens Building Technologies, Inc. which has outstanding securities in the hands of the public.

Siemens AG, which is a publicly traded company on the German and New York Stock Exchanges.

This representation is made in order for judges of this court to determine the need for recusal.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ signature*

Walter L. Williams, Esquire (VSB# 39037)
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
*Counsel for Siemens Building Technologies, Inc.*

36646.1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant Siemens Building Technologies, Inc.'s Corporate and Financial Interest Disclosure Statement was mailed, postage pre-paid, on this 14th day of October, 2005, to:

     Shirlie Norris Lake, Esquire
     Terri L. Goldberg, Esquire
     Eccleston & Wolf, P.C.
     7th Floor, Scarlett Place
     729 E. Pratt Street
     Baltimore, Maryland 21202-4460

     Timothy M. Monahan, Esquire
     Offit, Kurman, Yumkas & Denick, P.A.
     8 Park Center Court, Suite 200
     Owings Mills, MD 21117

     Terrence J. O'Connell, Esquire
     O'Connell, O'Connell & Sarsfield
     401 East Jefferson Street, Suite 204
     Rockville, Maryland 20850

_/s/ Walter L. Williams_
_____
Walter L. Williams

36646.1