IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Philadelphia Indemnity Insurance Co., et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 05-CV-1005 |
| Permanent Solutions Industries, Inc., et al. | * | Judge Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE AND FINANCIAL INTEREST DISCLOSURE STATEMENT OF PLAINTIFFS THE CHIMES, INC. AND CHIMES, DISTRICT OF COLUMBIA, INC.**

In accordance with Local Rule 7.1, Plaintiffs, The Chimes, Inc. and Chimes, District of Columbia, Inc., hereby state as follows:

I, the undersigned, counsel of record for The Chimes, Inc. and Chimes, District of Columbia, Inc., certify that to the best of my knowledge and belief, The Chimes, Inc. and Chimes, District of Columbia, Inc. have no outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

_____
Timothy C. Lynch, Bar No: 461651
Offit Kurman P.A.
8 Park Center Court, Suite 200
Owings Mills, Md 21117
Direct (443) 738-1536
Fax (443) 738-1535
*Attorney for The Chimes, Inc., and
Chimes District of Columbia, Inc.*


## Certificate of Service

I hereby certify that a copy of the foregoing *Corporate and Financial Interest Disclosure Statement of Plaintiffs The Chimes, Inc. and Chimes, District of Columbia, Inc.* was mailed, by first class mail, postage prepaid, this 17th day of October, 2005 to:

Shirlie Norris Lake, Esquire
Terri L. Goldberg, Esquire
Eccleston & Wolf, P.C.
7th Floor, Scarlet Place
729 E. Pratt Street
Baltimore, MD  21202-4460


Terrence J. O'Connell, Esquire
O'Connell, O'Connell and Sarsfield
401 E. Jefferson Street, Suite 204
Rockville, MD  20850


Walter L. Williams, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, VA  22102


*[signature]*
Timothy C. Lynch

70185\119\85\Corp DisclStatmt.doc