UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

PHILDELPHIA INDEMNITY
INSURANCE COMPANY, et al.

        Plaintiffs,

v.

SIEMENS BUILDING
TECHNOLOGIES, INC., et al.

        Defendants.

Civil Action No. 05-CV-1005
Judge Royce C. Lamberth

**JOINT MOTION FOR SIXTY-DAY EXTENSION OF
THE SCHEDULING ORDER**

All parties to the above-captioned case, by and through counsel, and pursuant to Fed. R. Civ. P. 16 and Local Rule 16.4, move this Honorable Court for a Sixty-day extension of the dates set forth in the Court's September 28, 2005 Scheduling Order.[1] In support of this Motion, the parties state as follows:

1. The Court has not scheduled a Pretrial date or Trial date in this matter.

2. On May 18, 2005, Plaintiffs Philadelphia Indemnity and Insurance Co. ("Philadelphia Indemnity") and The Chimes (collectively referred to as "Plaintiffs") filed an Amended Complaint against Siemens Building Technologies, Inc. ("Siemens") and Permanent Solutions Industries ("PSI"). Plaintiffs served their Amended Complaint in June of 2005. In essence, Plaintiffs allege that the Defendants breached a building maintenance agreement and were negligent in maintaining the building's operating systems. On June 27, 2005, Siemens filed a Cross-Claim against PSI. On July 6, 2005, PSI filed a Cross-Claim against Siemens.

43934.1

3. On September 28, 2005, the Court entered a Scheduling Order in the case. See Exhibit 1.

4. Pursuant to Local Rule 16.4, the "[C]ourt may modify the scheduling order at any time upon a showing of good cause." Here, the parties have agreed to private mediation of their claims on April 21, 2006, the first date when all four parties are available. The parties request that the Court extend discovery deadlines and motions deadlines to allow them to negotiate and, possibly resolve the underlying claims.

5. This is the first extension of time for which the parties have applied.

6. The Consent Motion is not intended to delay and should not delay the proceedings in this matter.

7. The parties respectfully request that the Court modify the Scheduling Order as follows:

|   | **Current Scheduling Order** | **Proposed Scheduling Order** |
|---|---|---|
| 1. Deadline for serving written discovery | March 31, 2006 | May 30, 2006 |
| 2. Deadline for completing fact Discovery | April 30, 2006 | June 29, 2006 |
| 3. Deadline to serve the Plaintiffs' expert witness disclosures per Rule 26(a)(2) | May 30, 2006 | July 31, 2006 |
| 4. Deadline to serve the Defendants' and Cross Defendants' expert witness disclosures per Rule 26(a)(2) | June 30, 2006 | August 29, 2006 |
| 5. Deadline to serve the Defendants' and Cross-Defendants' rebuttal expert witness disclosures per Rule 26(a)(2) | July 30, 2006 | September 28, 2006 |
| 6. Deadline to complete Alternative Dispute Resolution | September 15, 2006 | November 14, 2006 |
| 7. Deadline to join other parties and amend Pleadings | October 15, 2006 | December 14, 2006 |

---

[1] A copy of the Scheduling Order is attached hereto as Exhibit 1.

2

43934.1

| | | |
|---|---|---|
| 8. Deadline for completing expert discovery | November 15, 2006 | January 15, 2007 |
| 9. Deadline for filing dispositive motions | December 15, 2006 | February 13, 2007 |
| 10. Deadline for filing Responses in opposition to dispositive motions | January 15, 2007 | March 16, 2007 |
| 11. Deadline for filing Replies to Oppositions to dispositive motions | January 30, 2007 | April 2, 2007 |

12. The Pre-Trial and Trial dates will be set after disposition of any dispositive motions.

WHEREFORE, the parties respectfully move for the entry of the attached Order extending the deadlines set forth in this Court's September 28, 2005 Scheduling Order for sixty days.

Dated: March 22, 2006

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Carla Brown*
Walter L. Williams, Esquire
Carla Brown, Esquire
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
*Counsel for Defendant, Siemens Building Technologies*

ECCLESTON & WOLF, P.C.

*/s/ Terri L. Goldberg/CB*
Shirlie Norris Lake, Esquire
Terri L. Goldberg, Esquire
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
*Counsel for Plaintiff Philadelphia Indemnity Insurance Co.*

OFFIT, KURMAN, YUMKAS & DENICK, P.A.

3

43934.1

*Timothy Lynch/CB*
Timothy Lynch, Esquire
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
*Counsel for Plaintiffs The Chimes and The Chimes District of Columbia*


O'CONNELL, O'CONNELL & SARSFIELD

*Natalie Johnson-Noon/CB*
Terence J. O'Connell, Esquire
Nathalie Johnson-Noon, Esquire
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850
*Counsel for Defendant permanent Solution Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Motion for Sixty-Day Extension of Scheduling Order and Proposed Order was sent, via regular mail, on the 22nd day of March 2006, to

Shirlie Norris Lake, Esquire
Terri L. Goldberg, Esquire
ECCLESTON & WOLF, P.C.
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
*Counsel for Plaintiff Philadelphia Indemnity Insurance Co.*

Timothy Lynch, Esquire
OFFIT, KURMAN, YUMKAS & DENICK, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
*Counsel for Plaintiffs The Chimes and The Chimes District of Columbia*

Terence J. O'Connell, Esquire
Nathalie Johnson-Noon, Esquire
O'CONNELL, O'CONNELL & SARSFIELD
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850
*Counsel for Defendant permanent Solution Industries, Inc.*

　　　　　　　　　　　　　　　　　　　　　/s/ Carla Brown
　　　　　　　　　　　　　　　　　　　　　Carla Brown

43934.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

PHILDELPHIA INDEMNITY
INSURANCE COMPANY, et al.

        Plaintiffs,

v.

SIEMENS BUILDING
TECHNOLOGIES, INC., et al.

        Defendants.

Civil Action No. 05-CV-1005
Judge Royce C. Lamberth

## ORDER

Upon consideration of Siemens Building Technologies' Consent Motion for Sixty-Day Extension of Scheduling Order, and for good cause, it is this _____ day of March 2006, hereby

**ORDERED** that the parties Consent Motion for a Sixty-Day Extension of the deadlines set forth in the Scheduling Order is **GRANTED**; and it is further

**ORDERED** the Scheduling Order is revised as follows:

|   | Previous Dates | New Dates |
|---|---|---|
| 1. Deadline for serving written discovery | March 31, 2006 | May 30, 2006 |
| 2. Deadline for completing fact Discovery | April 30, 2006 | June 29, 2006 |
| 3. Deadline to serve the Plaintiffs' expert witness disclosures per Rule 26(a)(2) | May 30, 2006 | July 31, 2006 |
| 4. Deadline to serve the Defendants' and Cross Defendants' expert witness disclosures per Rule 26(a)(2) | June 30, 2006 | August 29, 2006 |
| 5. Deadline to serve the Defendants' and Cross-Defendants' rebuttal expert witness disclosures per Rule 26(a)(2) | July 30, 2006 | September 28, 2006 |

43934.1

| | | |
|---|---|---|
| 6. Deadline to complete Alternative Dispute Resolution | September 15, 2006 | November 14, 2006 |
| 7. Deadline to join other parties and amend Pleadings | October 15, 2006 | December 14, 2006 |
| 8. Deadline for completing expert discovery | November 15, 2006 | January 15, 2007 |
| 9. Deadline for filing dispositive motions | December 15, 2006 | February 13, 2007 |
| 10. Deadline for filing Responses in opposition to dispositive motions | January 15, 2007 | March 16, 2007 |
| 11. Deadline for filing Replies to Oppositions to dispositive motions | January 30, 2007 | April 2, 2007 |

_____
The Honorable Royce C. Lamberth
United States District Judge

43934.1

2

Copies to:

Walter L. Williams, Esquire
Carla Brown, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
*Counsel for Defendant, Siemens Building Technologies*

Shirlie Norris Lake, Esquire
Terri L. Goldberg, Esquire
ECCLESTON & WOLF, P.C.
7th Floor, Scarlett Place
729 E. Pratt Street
Baltimore, Maryland 21202-4460
*Counsel for Plaintiff Philadelphia Indemnity Insurance Co.*

Timothy Lynch, Esquire
OFFIT, KURMAN, YUMKAS & DENICK, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
*Counsel for Plaintiffs The Chimes and The Chimes District of Columbia*

Terence J. O'Connell, Esquire
Nathalie Johnson-Noon, Esquire
O'CONNELL, O'CONNELL & SARSFIELD
401 E. Jefferson Street, Suite 204
Rockville, Maryland 20850
*Counsel for Defendant Permanent Solution Industries, Inc.*

3

43934.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERMANENT SOLUTION INDUSTRIES, INC., *et al.*, <br><br> Defendants. | Civil Action No. 05-1005 (RCL) |

## SCHEDULING ORDER

Upon consideration of the parties' Discovery Conference Report [17] filed on September 27, 2005 and the representations of counsel, it is hereby

ORDERED that the following schedule shall be set in the above-captioned case:

1. Deadline for serving written discovery: March 31, 2006.
2. Deadline for completing fact (non-expert) discovery: April 30, 2006.
3. Deadline to serve the Plaintiffs' expert witness disclosures per Rule 26(a)(2): May 30, 2006.
4. Deadline to serve the Defendants' and Cross-Plaintiffs' expert witness disclosures per Rule 26(a)(2): June 30, 2006.
5. Deadline to serve the Plaintiffs' and Cross-Defendants' rebuttal expert witness disclosures per Rule 26(a)(2): July 30, 2006.
6. Deadline to complete Alternative Dispute Resolution: September 15, 2006.
7. Deadline to join other parties and amend pleadings: October 15, 2006.
8. Deadline for completing expert discovery: November 15, 2006.
9. Deadline for filing dispositive motions: December 15, 2006.
10. Deadline for filing Responses in opposition to dispositive motions: January 15, 2007
11. Deadline for filing Replies to Oppositions to dispositive motions: January 30, 2007.

EXHIBIT 1

12. The Pre-Trial and Trial dates will be set at a status conference scheduled after disposition of any dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 28, 2005.