UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**PERMANENT SOLUTION INDUSTRIES, INC.,** *et al.*,<br><br>    Defendants. | Civil Action No. 05-1005 (RCL) |

## SCHEDULING ORDER

Upon consideration of Siemens Building Technologies' Consent Motion [22] for Sixty-Day Extension of Scheduling Order, and for good cause, it is hereby

ORDERED that the parties' Consent Motion [22] for a 60-day Extension of the deadlines set forth in the scheduling order is GRANTED; and it is further

ORDERED that the scheduling order is revised as follows:

|  | **Previous Date** | **New Date** |
|---|---|---|
| 1. Deadline for serving written discovery | March 31, 2006 | May 30, 2006 |
| 2. Deadline for completing fact (non-expert) discovery | April 30, 2006 | June 29, 2006 |
| 3. Deadline to serve the Plaintiffs' expert witness disclosures per Rule 26(a)(2) | May 30, 2006 | July 31, 2006 |
| 4. Deadline to serve the Defendants' and Cross-Plaintiffs' expert witness disclosures per Rule 26(a)(2) | June 30, 2006 | August 29, 2006 |
| 5. Deadline to serve the Plaintiffs' and Cross-Defendants' rebuttal expert witness disclosures per Rule 26(a)(2) | July 30, 2006 | September 28, 2006 |
| 6. Deadline to complete Alternative Dispute Resolution | September 15, 2006 | November 14, 2006 |
| 7. Deadline to join other parties and amend pleadings | October 15, 2006 | December 14, 2006 |
| 8. Deadline for completing expert discovery | November 15, 2006 | January 15, 2007 |
| 9. Deadline for filing dispositive motions | December 15, 2006 | February 13, 2007 |

| | | | |
|---|---|---|---|
| 10. | Deadline for filing Responses in opposition to dispositive motions | January 15, 2007 | March 16, 2007 |
| 11. | Deadline for filing Replies to Oppositions to dispositive motions | January 30, 2007 | April 2, 2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 31, 2006.