IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILADELPHIA INDEMNITY INSURACE
COMPANY, et. al                                          :
                                                         :
      Plaintiffs                                     :
                                                         :
v.                                                       : Case No. 1:05CV01005
                                                         : Judge Royce C. Lamberth
PERMANENT SOLUTION INDUSTRIES, INC., et al.              :
                                                         :
      Defendants                                     :

## STIPULATION OF DISMISSAL

The Clerk of Court will please enter the above-captioned case as settled and dismissed with prejudice as to all claims and all parties, all parties will bear their own costs.

Respectfully submitted,

| OFFIT KURMAN | O'CONNELL, O'CONNELL & SARSFIELD |
|---|---|
| ___/s/_____ | ___/s/_____ |
| Timothy Lynch, Esquire | Terence J. O'Connell, Esquire |
| Laura Hoppenstein, Esquire | Nathalie I. Johnson-Noon, Esquire |
| 8171 Maple Lawn Boulevard, Suite 200 | 401 E. Jefferson Street, Suite 204 |
| Maple Lawn, Maryland 20759 | Rockville, Maryland 20850 |
| (301) 575-0300 | (301) 424-2300 |
| Attorneys for Plaintiff Chimes and The Chimes, D.C. | Attorneys for Defendant Permanent Solution Industries, Inc. |

| | |
|---|---|
| ECCLESTON & WOLF, P.C. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| ___/s/_____<br>Shirlie Norris Lake, Esquire<br>Terri L. Goldberg, Esquire<br>7th Floor, Scarlett Place<br>729 E. Pratt Street<br>Baltimore, Maryland 21202-4460<br>(410) 752-7474<br>Attorneys for Plaintiff Philadelphia Indemnity Insurance Co. | ____/s/_____<br>Walter Williams, Esquire<br>8444 Westpark Drive, Suite 510<br>McLean, Virginia 22101<br>(703) 245-9300<br>Attorneys for Defendant Siemens Building Technologies |

Date:  September 7, 2006